14-cv-6544(KAM)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 03 2019 ★
BROOKLYN OFFICE

Ct. Ex. 2A
Verdict Sheet

### III. PATENT INVALIDITY

Checking **"Yes"** below indicates a finding for **Defendant** Presidio.

Checking **"No"** below indicates a finding for **Plaintiffs** ATC and AVX.

**A. U.S. PATENT NO. 6,337,791**

4. Has Presidio proved by clear and convincing evidence that claim 2 of the '791 patent is invalid as anticipated by the Naito reference?

   ☐ Yes    ☑ No

5. Has Presidio proved by clear and convincing evidence that claim 2 of the '791 patent is invalid as anticipated by the Gurkovich reference?

   ☐ Yes    ☑ No

6. Has Presidio proved by clear and convincing evidence that claim 2 of the '791 patent is invalid as anticipated by the Devoe reference?

   ☐ Yes    ☑ No

7. Has Presidio proved by clear and convincing evidence that claim 2 of the '791 Patent is invalid as rendered obvious by the Naito and Devoe references?

   ☐ Yes    ☑ No

### B. U.S. PATENT NO. 6,144,547

8. Has Presidio proved by clear and convincing evidence that any asserted claim of the '547 Patent is invalid as anticipated by the Galvagni reference?

| Claim 1  | ☐ Yes | ☑ No |
|----------|-------|------|
| Claim 3  | ☐ Yes | ☑ No |
| Claim 4  | ☐ Yes | ☑ No |
| Claim 5  | ☐ Yes | ☑ No |
| Claim 12 | ☐ Yes | ☑ No |

9. Has Presidio proved by clear and convincing evidence that any asserted claim of the '547 Patent is invalid as rendered obvious by the Galvagni reference and the Product Catalogs?

| Claim 4  | ☐ Yes | ☑ No |
|----------|-------|------|
| Claim 12 | ☐ Yes | ☑ No |

10. Has Presidio proved by clear and convincing evidence that any asserted claim of the '547 Patent is invalid as rendered obvious by Figure 4 of the '547 Patent and the Galvagni reference?

| Claim 4  | ☐ Yes | ☑ No |
|----------|-------|------|
| Claim 12 | ☐ Yes | ☑ No |

7

Ct. Ex.2A
Verdict Sheet

11. Has Presidio proven by clear and convincing evidence that "substantially L-shaped terminations" is indefinite?

☐ Yes   ☒ No

12. Has Presidio proven by clear and convincing evidence that "negligibly over a top surface of said device body" is indefinite?

☒ Yes   ☐ No

8

14-CV-6544 - American Technical Ceramics Corp. and AVX Corp.
v. Presidio Components, Inc.
Verdict Sheet
Court Exhibit 2A

Please read the entire verdict sheet. When answering the following questions and filling out this Verdict Sheet, please follow the directions provided. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal terms that appear in the questions below.

I. **PATENT INFRINGEMENT**

    A. U.S. PATENT NO. 6,337,791

    On the chart below, please answer the following question for each of the accused products.

        Checking **"Yes"** below indicates a finding for **Plaintiffs** ATC and AVX.

        Checking **"No"** below indicates a finding for **Defendant** Presidio.

1. Have Plaintiffs proven by a preponderance of the evidence that Presidio directly infringed claim 2 of the '791 Patent?

    Answer "Yes" or "No" on the chart below.


COURT'S EXHIBIT NO. 6 IDENTIFICATION/EVIDENCE DKT.# ___ DATE: ___

Ct. Ex.2A
Verdict Sheet

**Presidio's BB Capacitors**

|  | Infringement |  |
|---|---|---|
| **BB0302 Capacitor** | | |
| Claim 2 | Yes ✓ | No ☐ |
| **BB0502 Capacitor** | | |
| Claim 2 | Yes ✓ | No ☐ |
| **BB0603 Capacitor** | | |
| Claim 2 | Yes ✓ | No ☐ |
| **BB0805 Capacitor** | | |
| Claim 2 | Yes ✓ | No ☐ |

2

Ct. Ex.2A
Verdict Sheet

### B. U.S. PATENT NO. 6,144,547

On the chart below, please answer the following question for each of the accused products.

Checking "**Yes**" below indicates a finding for **Plaintiffs** ATC and AVX.

Checking "**No**" below indicates a finding for **Defendant** Presidio.

2. Have Plaintiffs proven by a preponderance of the evidence that Presidio directly infringed any of the asserted claims of the '547 Patent?

Answer "Yes" or "No" on the chart below.

**Presidio's BB Capacitors**

|  | Infringement | |
|---|---|---|
| **BB0201 Capacitor** | | |
| Claim 1 | Yes ☑ | No ☐ |
| Claim 3 | Yes ☑ | No ☐ |
| Claim 4 | Yes ☑ | No ☐ |
| Claim 5 | Yes ☑ | No ☐ |
| Claim 12 | Yes ☑ | No ☐ |
| **BB0302 Capacitor** | | |
| Claim 1 | Yes ☑ | No ☐ |
| Claim 5 | Yes ☑ | No ☐ |
| **BB0402 Capacitor** | | |
| Claim 1 | Yes ☑ | No ☐ |
| Claim 5 | Yes ☑ | No ☐ |
| **BB0502 Capacitor** | | |
| Claim 1 | Yes ☑ | No ☐ |
| Claim 5 | Yes ☑ | No ☐ |
| **BB0603 Capacitor** | | |
| Claim 1 | Yes ☑ | No ☐ |
| Claim 5 | Yes ☑ | No ☐ |

3

Ct. Ex.2A
Verdict Sheet

| BB0805 Capacitor | | | | |
|---|---|---|---|---|
| Claim 1 | Yes | ✓ | No | ☐ |
| Claim 5 | Yes | ✓ | No | ☐ |

4

Ct. Ex.2A<br>Verdict Sheet

## II. <u>WILLFUL INFRINGEMENT OF THE '791 PATENT</u>

You are only to decide Question No. 3 on willful infringement, if you found that Presidio infringed claim 2 of the '791 Patent and checked "Yes" in any of the boxes in Question No. 1.

    Checking **"Yes"** below indicates a finding for **Plaintiffs** ATC and AVX.

    Checking **"No"** below indicates a finding for **Defendant** Presidio.

3. Did Presidio willfully infringe claim 2 of the '791 Patent?

      ☐ Yes      ☑ No

5

Ct. Ex.2A
Verdict Sheet

### IV. DAMAGES

If you found at least one claim of the '791 Patent or '547 Patent is infringed, then answer the following questions.

13. What amount of lost profits damages, if any, have Plaintiffs proven by a preponderance of the evidence that they would have made but for Presidio's infringement of the Patents-in-Suit?

    **For the '547 Patent:** $ _____Ø_____

    **For the '791 Patent:** $ _____Ø_____

14. What amount of reasonable royalty damages, if any, have Plaintiffs proven they are entitled to by a preponderance of the evidence?

    **For the '547 Patent:** $ _____58,334.75_____

    **For the '791 Patent:** $ _____680,647.00_____

| | |
|---|---|
| DATED: June 21, 2019 | By: _____<br>Foreperson |

9